[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13001

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DUSTIN SINGLETON,

a.k.a. Sealed Defendant,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:22-cr-14048-AMC-2

2                    Opinion of the Court                    23-13001

_____

Before WILSON, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Edward Reagan, appointed counsel for Dustin Singleton in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Singleton's convictions and sentences are **AFFIRMED**.